**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2165**

In re:  ADONIS GARTH WILSON,

Petitioner.

On Petition for Writ of Mandamus.  (1:06-cr-00048-NCT-1; 1:07-cv-00700-NCT-WWD)

Submitted:  January 22, 2019                      Decided:  January 24, 2019

Before MOTZ, KEENAN, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Adonis Garth Wilson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adonis Garth Wilson petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*